IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Shotwell, Brandon | Case Number: 06 B 08089 |
| | Judge: Hollis, Pamela S |
| Printed: 10/7/08 | Filed: 7/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 25, 2008
Confirmed: February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,461.00 | |
| Secured: | | 700.00 |
| Unsecured: | | 0.00 |
| Priority: | | 2,640.88 |
| Administrative: | | 1,825.25 |
| Trustee Fee: | | 294.87 |
| Other Funds: | | 0.00 |
| Totals: | 5,461.00 | 5,461.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,825.25 | 1,825.25 |
| 2. | Barnes Auto Finance | Secured | 2,068.00 | 700.00 |
| 3. | Internal Revenue Service | Priority | 8,368.91 | 2,640.88 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 5,600.00 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 177.89 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 886.34 | 0.00 |
| 7. | Midwest Verizon Wireless | Unsecured | 737.55 | 0.00 |
| 8. | Barnes Auto Finance | Unsecured | 0.23 | 0.00 |
| 9. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 10. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,664.17 | $ 5,166.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 294.87 |
| | _____ |
| | $ 294.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Shotwell, Brandon | Case Number:  06 B 08089 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/7/08 | Filed:  7/9/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

